Law Office of Charles Bonner
Charles Bonner SBN 85413
475 Gate Five Road Suite 211
Sausalito, CA 94965
Representing: Plaintiff File No. 9849380

UNITED STATES DISTRICT COURT

Northern District of California - District - San Francisco

| | |
|---|---|
| Otis Bruce<br>Plaintiff/Petitioner<br>vs.<br>County of Marin, et al<br>Defendant/Respondent | Case No. 3:23-cv-03931-AMO<br><br>Proof of Service of:<br>Amended Complaint, Civil Case Cover Sheet, Summons, Order Reassigning Case<br><br>Service on:<br>County of Marin<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Law Office of Charles Bonner<br>Charles Bonner SBN 85413<br>475 Gate Five Road Suite 211<br>Sausalito, CA 94965<br>TELEPHONE NO: FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: cbonner799@aol.com<br>ATTORNEY FOR *(Name)*: Plaintiff<br>*Ref. No. or File No.:* 9849380 (21536432) | |
| ***Insert name of Court, and Judicial District and Branch Court***<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, 94102-3483 | |
| PLAINTIFF:<br>Otis Bruce | |
| DEFENDANT:<br>County of Marin, et al | |
| **PROOF OF SERVICE** | CASE NUMBER:<br>3:23-cv-03931-AMO |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Amended Complaint, Civil Case Cover Sheet, Summons, Order Reassigning Case

2. Party Served: County of Marin

3. Person Served: Board of Supervisors - JOYCE EVANS - CLERK OF THE BOARD - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: October 31, 2023 at 2:42 pm PDT

5. Address, City and State: 3501 Civic Center Dr Suite 330 San Rafael, CA, 94903

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $150.00

Registered California process server.
Matthew Anderson
County: MARIN
Registration No.: #97

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

matthew anderson

Date: November 1, 2023