Law Office of Charles Bonner
Charles Bonner SBN 85413
475 Gate Five Road Suite 211
Sausalito, CA 94965

Representing: Plaintiff

File No. 9849379

UNITED STATES DISTRICT COURT

Northern District of California - District - San Francisco

| | |
|---|---|
| Otis Bruce<br>Plaintiff/Petitioner<br>vs.<br>County of Marin, et. al<br>Defendant/Respondent | Case No. 3:23-cv-03931-AMO<br><br>Proof of Service of:<br>Amended Complaint, Civil Case Cover Sheet, Summons, Order Reassigning Case<br><br>Service on:<br>MARIN COUNTY'S DISTRICT ATTORNEY LORI FRUGOLI, In Her Individual Capacity<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Law Office of Charles Bonner<br>Charles Bonner SBN 85413<br>475 Gate Five Road Suite 211<br>Sausalito, CA 94965<br>TELEPHONE NO: FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: cbonner799@aol.com<br>ATTORNEY FOR *(Name)*: Plaintiff<br>*Ref. No. or File No.:* 9849379 (21536433) | FOR COURT USE ONLY |
|---|---|
| ***Insert name of Court, and Judicial District and Branch Court***<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, 94102-3483 | |
| PLAINTIFF:<br>Otis Bruce | |
| DEFENDANT:<br>County of Marin, et. al | |
| **PROOF OF SERVICE** | CASE NUMBER:<br>3:23-cv-03931-AMO |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Amended Complaint, Civil Case Cover Sheet, Summons, Order Reassigning Case

2. Party Served: MARIN COUNTY'S DISTRICT ATTORNEY LORI FRUGOLI, In Her Individual Capacity

3. Left With: Zahra Arbelo - Person in Charge of Office

4. Date & Time of Delivery: November 1, 2023 at 1:30 pm PDT

5. Address, City and State: 3501 Civic Center Dr Suite 145 San Rafael, CA, 94903

6. Manner of Service: By leaving the copies with or in the presence of Zahra Arbelo, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $65.00

Registered California process server.
matthew anderson
County: MARIN
Registration No.: #97

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

matthew anderson

Date: November 8, 2023

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Law Office of Charles Bonner<br>Charles Bonner SBN 85413<br>475 Gate Five Road Suite 211<br>Sausalito, CA 94965<br>TELEPHONE NO: FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: cbonner799@aol.com<br>ATTORNEY FOR *(Name)*: Plaintiff<br>*Ref. No. or File No.:* 9849379 (21536433) | |
| ***Insert name of Court, and Judicial District and Branch Court***<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, 94102-3483 | |
| PLAINTIFF:<br>Otis Bruce | |
| DEFENDANT:<br>County of Marin, et. al | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>3:23-cv-03931-AMO |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 11/6/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Amended Complaint, Civil Case Cover Sheet, Summons, Order Reassigning Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

MARIN COUNTY'S DISTRICT ATTORNEY LORI FRUGOLI, In Her Individual Capacity

3501 Civic Center Dr
Suite 145
San Rafael, CA 94903

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $65.00

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 11/6/2023

Sandra Alcala

(TYPE OR PRINT NAME)

Sandra Alcala

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify)*: InfoTrack USA