UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS BRUCE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN, et al.,<br><br>        Defendants. | Case No. 23-cv-03931-JST<br><br>**ORDER ON ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: ECF Nos. 73, 79 |

      Plaintiff Bruce Otis has filed two administrative motions to file documents under seal. These motions explain that the material sought to be sealed has been "deemed confidential by Defendants, likely due to concerns about third-party privacy rights related to non-party employee complaints." ECF No. 73 at 2; ECF No. 79 at 2. The Court therefore construes the motions as motions to seal another party's material. As such, Defendants must file a responsive statement and/or declaration explaining why the redactions are necessary within seven days of the date of this order or the motions will be denied. Civ. L.R. 79-5(f)(3).

      In addition, the Court notes that some of the redaction requests may not qualify as "narrowly tailored to seal only the sealable material" because they are overly lengthy or unrelated to the protection of complaining employees' privacy. Civ. L.R. 79-5(c)(3). A "strong presumption in favor of access" applies to all documents other than grand jury transcripts or pre-indictment warrant materials. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). In filing their declaration in support, Defendants should consider the scope of the redactions. Should Defendants determine that more narrowly tailored redactions are warranted,

/ / /

/ / /

they should file a proposed order reflecting those redactions as well as public and sealed copies of the material at issue reflecting the new proposed redactions.

**IT IS SO ORDERED.**

Dated: November 12, 2025



JON S. TIGAR
United States District Judge